ADELAIDE GARLASCO, Respondent, v. FRANCESCO GARLASCO, Appellant.— Appeal transferred to the Second Department of this court for hearing and determination. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LOUIS DESPOSITO, an Infant, etc., by JOSEPH DESPOSITO, His Guardian ad Litem, and JOSEPH DESPOSITO, Appellants, v. YARDLEY & Co., LTD., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MORRIS L. IDELEVITZ, Respondent, v. HERBERT L. PRATT and Another, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

IRVING AARONSON, Respondent, v. GERTNER BAKING CORPORATION, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

EQUITABLE OFFICE BUILDING CORPORATION, Plaintiff, v. CHARLES L. CRAIG, Defendant.— Exceptions overruled, the motion for a new trial denied, with costs, and judgment ordered for the plaintiff, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LUCIUS WILMERDING, JR., Appellant, v. FIORELLO H. LAGUARDIA, as Mayor, etc., and Others, Defendants, and FRANCIS X. McQUADE, Respondent.—Appeal dismissed, on the ground that the action has become academic. (See *Matter of McQuade* v. *LaGuardia, post,* p. 828, handed down herewith.) Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of FRANCIS X. McQUADE, Appellant, against FIORELLO H. LAGUARDIA, as Mayor, and Others, as Constituting the Board of Estimate and Apportionment of the City of New York, and Another, Respondents. — Order reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted to the extent of directing the issuance of an alternative order of mandamus. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

ABNER GREENBERG, Respondent, v. DENTON AND HASKINS MUSIC PUBLISHING Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and Untermyer, JJ., dissent and vote to reverse and grant a new trial, on the ground that the verdict is against the weight of the evidence.

HEDWIG EWALD, Appellant, v. MAY KAY HOAG, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

NELLIE T. McAVOY, as Executrix, etc., of FRANCIS S. McAVOY, Deceased, Respondent, v. NATIONAL SURETY CORPORATION, Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BEATRICE COTTLER, Respondent, v. MORRIS WEINBERG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.